UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF WASHINGTON, *ex rel*. JULIAN P. KASSNER, M.D.,<br><br>          Plaintiff,<br><br>     v.<br><br>KADLEC REGIONAL MEDICAL CENTER, et al.,<br><br>          Defendants. | NO: 12-CV-5090-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Motion to Dismiss Without Prejudice (ECF No. 8). Plaintiff filed a motion to voluntarily dismiss this case without prejudice on January 9, 2013. ECF No. 8. The United States and the State of Washington previously declined to intervene. ECF Nos. 5, 6. Both have since consented to dismissal. ECF Nos. 11, 12. Defendants have not been served, and Plaintiff indicates he does not intend to effectuate service of process. Because Defendants have neither filed an answer nor moved for summary judgment,

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1  Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P.
2  41(a)(1)(A)(i).
3  **ACCORDINGLY, IT IS HEREBY ORDERED**:
4      Plaintiff's Motion to Dismiss Without Prejudice (ECF No. 8) is
5  **GRANTED**. All claims and causes of action in this matter are **DISMISSED**
6  without prejudice and without costs or fees to any party.
7      The District Court Executive is hereby directed to enter this Order, furnish
8  copies to counsel and the Interested Parties, and **CLOSE** the file. The District
9  Court Executive is further directed to mail a copy of this Order to the Medicaid
10 Fraud Control Unit of the Washington Attorney General's Office at the address
11 below:

12      Washington Attorney General's Office
        Medicaid Fraud Control Unit
13      P.O. Box 40114
        Olympia, WA 98504-0114
14

15      **DATED** this 1st day of February, 2013.

16

17                          THOMAS O. RICE
                        United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2